UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK A. HEGELMANN,

    Plaintiff,

-vs-

CITY OF BATTLE CREEK,

    Defendant.
_____/

Case No. 1:19-cv-00962

HON: PAUL L. MALONEY

ROSS E. CHAPMAN (P27443)
Attorney for Plaintiff
350 E. Michigan Avenue, Suite 435
Kalamazoo, MI 49007
(269) 349-1400
rec@beckchapman.com

ROSATI SCHULTZ JOPPICH
& AMTSBUECHLER, PC
LAURA S. AMTSBUECHLER (P36972)
Attorney for Defendant
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
(248) 489-4100
lamtsbuechler@rsjalaw.com
_____/

STIPULATED ORDER EXTENDING DATE
FOR FILING RESPONSIVE PLEADINGS

    Upon stipulation of the parties,

IT IS HEREBY ORDERED that Defendant will submit for filing its responsive pleading to Plaintiff's Complaint on or before January 17, 2020.

DATED: _____   _____
HONORABLE PAUL L. MALONEY

IT IS SO STIPULATED:

s/Ross E. Chapman (w/consent)
Attorney for Plaintiff
(P27443)


s/Laura S. Amtsbuechler (P36972)
Attorney for Defendant, Battle Creek