# EXHIBIT 2

# BECK & CHAPMAN, P.C.
*ATTORNEYS AT LAW*

ROSS E. CHAPMAN
TELEPHONE (269) 349-1400
FACSIMILE (269) 349-1417
EMAIL: rec@beckchapman.com

Columbia Plaza Building, Suite 435
350 E. Michigan Ave
Kalamazoo, MI 49007

April 15, 2020

Ms. Laura S. Amtsbuechler
Rosati, Schultz, Joppich & Amtsbuechler P.C.
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331

RE: Hegelmann v Battle Creek

Dear Ms. Amtsbuechler:

Accompanying this letter is Plaintiff's response to Defendant's written discovery.

Referenced documents in the response will be transmitted via drop box pursuant to our email exchange of yesterday.

Very sincerely yours,

BECK & CHAPMAN, P.C.

Ross E. Chapman

REC/tls
Encl

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERICK A. HEGELMANN,            Case No. 1:19-cv-00962

    Plaintiff,                          Hon. Paul L. Maloney

v

Battle Creek, City of,

    Defendant.
_____/

Ross E. Chapman (P27443)         Laura S. Amtsbuechler (P36972)
BECK & CHAPMAN, P.C.             ROSATI SCHULTZ JOPPICH &
Attorney for Plaintiff                 AMTSBUECHLER, P.C.
350 E. Michigan Ave., Suite 435    Attorney for Defendant
Kalamazoo, MI 49007                27555 Executive Drive, Suite 250
269-349-1400                          Farmington Hills, MI 48331
rec@beckchapman.com            248-489-4100
                                           lamtsbuechler@jrsjlaw.com

_____/

## PLAINTIFF'S ANSWERS TO DEFENDANTS' FIRST SET OF INTERROGATORIS DIRECTED TO PLAINTIFF

1. Have you been involved, or are you presently involved, in any civil lawsuits or claims for injuries, damages or lost wages other than this lawsuit? If your answer is in the affirmative, for each lawsuit or claim, state the nature of the claim or lawsuit and the full name of the suit, and court location.

   **ANSWER:** No.

BECK & CHAPMAN, P.C.
*ATTORNEYS at LAW*

Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

Hegelmann v the City of Battle Creek
Case No.  1:19-cv-00962

2. Please list the name and address of every person or institution with whom, or where, you have sought or received treatment for every physical or mental health issue, including but not limited to any doctor, primary care doctor, specialist doctors, nurse practitioner, nurse, psychologist, psychiatrists, social workers, counselors, member of the clergy, homeopath, hospital, clinic, urgent care, rehabilitation establishment, or addiction treatment or rehabilitation, over the last twenty (20) years and list the reason consultation and/or treatment was sought and/or received.

**ANSWER:**  Plaintiff objects to the unnecessarily broad scope of this interrogatory, as it is unlikely to lead to the discovery of admissible evidence.  Plaintiff also objects to the broad scope on the grounds that to answer the interrogatory would be unduly burdensome and outside of the parameters of issues relevant to this case.  Without waiving the objection, see documents produced pursuant to Plaintiff's Rule 26(a)(1) Disclosure, including documents Bates stamp prefix EA - EH.  In addition, see accompanying supplemental medical records, Bates stamp prefix EI.

3. If you allege physical or mental health damages or injuries which you allege to be attributable to the incidents in your complaint, please list and describe each, and identify which of the providers identified in Interrogatory number 2 with whom you treated or consulted as to each alleged injury or damage.

**ANSWER:** Emotional Distress, anxiety, absence of self-worth.  Dr. Larry Beer.

4. Please list every expert witness or potential expert witness whom you may call to testify at trial on your behalf including their name, the subject matter of expertise, and the substance and basis of any testimony.

BECK & CHAPMAN, P.C.
ATTORNEYS at LAW

Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

Hegelmann v the City of Battle Creek
Case No. 1:19-cv-00962

**ANSWER:** No expert witness has been identified at this time.

5. Please state what physical or mental condition that you allege to be a qualifying disability under the Americans with Disabilities Act as amended. For each listed condition, please identify which of your providers identified in Answer to interrogatory number 2 who will support your allegation of a qualified disability.

**ANSWER:** Hyper Cystinuria – Genetic Kidney Stone Disease; back issues from his two (2) back surgeries that were followed by multiple pain injections; two (2) inguinal hernias that required two (2) surgeries for those conditions. See documents produced pursuant to Plaintiff's Rule 26(a)(1) Disclosure, including documents Bates stamp prefix EA - EH. In addition, see accompanying supplemental medical records, Bates stamp prefix EI.

6. List all degrees, licenses, or certifications which you hold. Include the dates received and the institution from which each was obtained.

**ANSWER:** See accompanying resume, Bates stamp GA0001.

7. Do you claim any damages in this lawsuit from lost wages, income, or any other economic loss? If so, please indicated the period of time over which each loss is claimed, the amount of each loss, the basis for your computation, and the nature of each loss i.e. whether lost wages, income, or some specific other economic loss.

**ANSWER:** Yes. See Plaintiff's Rule 26(a)(1) Disclosure, Paragraph 3.

8. Please state all other employers or sources of income, other than Battle Creek Police Department, for the past ten (15) [*sic*] years, including the name of each individual or institution providing the income.

**BECK & CHAPMAN, P.C.**
*ATTORNEYS at LAW*

Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

3

Hegelmann v the City of Battle Creek
Case No. 1:19-cv-00962

**ANSWER:** Plaintiff objects to the unnecessarily broad scope of this interrogatory, as it is unlikely to lead to the discovery of admissible evidence. Plaintiff also objects to the broad scope on the grounds that to answer the interrogatory would be unduly burdensome and outside of the parameters of issues relevant to this case. Without waiving the objection, Plaintiff's sources of income since his termination from employment on 3/7/18 are: Self-employment.

9. Please list all of your applications for employment from 2016 to the present, including the name of the potential employer, the type of work, and the date of employment.

**ANSWER:** Plaintiff objects to the unnecessarily broad scope of this interrogatory, as it is unlikely to lead to the discovery of admissible evidence. Plaintiff also objects to the broad scope on the grounds that to answer the interrogatory would be unduly burdensome and outside of the parameters of issues relevant to this case. Without waiving the objection, Plaintiff states: Plaintiff is self-employed. There are no applications for employment.

10. Are you currently employed? If so, state the name and address of your employer, the date of hire, the position held and your current monetary compensation.

**ANSWER:** I am self-employed.

BECK & CHAPMAN, P.C.

*ATTORNEYS at LAW*

Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

4

Hegelmann v the City of Battle Creek
Case No. 1:19-cv-00962

## DEFENDANT'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

1. Please produce a competed and signed authorization for every professional or establishment listed in your response to Interrogatory numbers 2,5, 6, 8 & 10 above.

**RESPONSE:** Plaintiff objects to the unnecessarily broad scope of this request, as it is unlikely to lead to the discovery of admissible evidence. Without waiving the objection, see documents produced pursuant to Plaintiff's Rule 26(a)(1) Disclosure, including documents Bates stamp prefix EA - EH. In addition, see accompanying supplemental medical records, Bates stamp prefix EI.

2. Produce all documents related to your search for employment, other than with the City of Battle Creek from January 2013 to the present.

**RESPONSE:** There are no such documents.

3. Please produce any and all documents, calculations, or other supporting materials that support your answer to Interrogatory 7 above.

**RESPONSE:** There are no such documents that are not privileged and/or attorney work product.

4. Please complete sign and return an authorization for release of state and federal tax records for the last ten years.

**RESPONSE:** Plaintiff objects to the unnecessarily broad scope of this request, as it is unlikely to lead to the discovery of admissible evidence. Plaintiff also objects to the broad scope on the grounds that to respond to this request would be unduly burdensome and outside of the parameters of issues relevant to this case. Without waiving the

BECK & CHAPMAN, P.C.
ATTORNEYS at LAW

Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

5

Hegelmann v the City of Battle Creek
Case No. 1:19-cv-00962

objection, see documents produced pursuant to Plaintiff's Rule 26(a)(1) Disclosure, including documents Bates stamp prefix AD. Also see Bates No. GB0001 accompanying this pleading.

5. Please produce any documents, receipts, pay-stubs, W-2s, 1099s, or any other supporting material for your answer to Interrogatory 7 & 8 above.

**RESPONSE:** See response to Request No. 4.

6. Please produce any doctor's notes, medical reports, medical records, or any other supporting material for your answer to Interrogatory 5 above.

**RESPONSE:** See response to Response to Interrogatory No. 5.

7. Please produce any and all documents that tend to support your answer to Interrogatory 10 above.

**RESPONSE:** There are no such documents.

8. Please produce any and all Social Security Disability claims or filings made by you or on your behalf.

**RESPONSE:** None have been filed during or subsequent to my employment with Defendant. In or about 2002, I was on disability for about a year when I was working at a General Motors plant. I do not know whether any such claims or filings were made then on my behalf, but if so, they were not initiated by me.

9. Please produce any and all of your own diaries, calendars, journals, notes, or other written records of events or conversations related to the allegations in Plaintiff's complaint.

**RESPONSE:** See documents disclosed pursuant to Plaintiff's Rule 26(a)(1) Disclosure. In addition, see Bates stamp prefix GC accompanying this pleading.

BECK & CHAPMAN, P.C.
*ATTORNEYS at LAW*
Columbia Plaza Building
350 East Michigan Avenue
Suite 435
Kalamazoo, Michigan 49007
Tel: (269) 349-1400
Fax: (269) 349-1417

6

10. Please produce any photographs, video recordings, audio recordings or other graphic depictions that relate in any way to the subject matter of this lawsuit. This request includes a specific request for all audio recordings of conversations with any representative or employee of the City of Battle Creek or its Police Department.

**RESPONSE:** There are no such documents.

Dated: 4/15/20

Dated: 4/15/20

Beck & Chapman P.C.
Attorney for Plaintiff

Ross E. Chapman

Erick A. Hegelmann

STATE OF MICHIGAN
COUNTY OF KALAMAZOO

On this 15th day of April, 2020, before me appeared Erick A. Hegelmann, and being duly sworn, acknowledged the foregoing statement.

JAMES E. BECK, Notary Public

KALAMAZOO County, MICHIGAN
My Commission expires: 3/3/2023

7