# EXHIBIT 9

Page 125

1  A.  I would have to say it was in the beginning of 2019,
2      but I was, you know, I had a lot of -- I had a
3      surgery, and then I was down for a while, so I mean I
4      guess you can call -- I don't think I'm ever full-time
5      right now, but, you know.
6  Q.  Okay.  Well, it says here glad that his job with the
7      Battle Creek police force is over.  Was that a true
8      statement that you made to Dr. Beer?
9  A.  At that time, yes.
10 Q.  Okay.
11 A.  May I explain that?
12 Q.  Sure.
13 A.  The pressure of having to go in and try to prove
14     myself after getting stellar recommendations and
15     performance reviews constantly, it was a lot of weight
16     lifted off of me.  It was very tough losing my income,
17     very, very tough, but that pressure of not having any
18     support and then doing whatever they feel like they
19     were -- wanted to do was very hard to deal with.
20 Q.  All right.  The February 14, 2020 says reflecting
21     quite a bit upon the circumstances that led to being
22     fired from Battle Creek Police Department.  Still
23     believes that he made the right decision not to get
24     back on the road.  Did you tell Dr. Beer that?
25 A.  Yes.

Page 126

1  Q.  And then it says wondering if he has PTSD from his
2      work as an officer, his last fight and the car
3      accident.  What was the fight and the car accident?
4  A.  I explained both of them earlier when I was in that
5      fight in the middle of the road, and --
6  Q.  Okay.  That one.
7  A.  And then the car accident is the car accident that I
8      was in, and I was T-boned.
9  Q.  Okay.  All right.  I wanted to make sure that I had
10     covered that.
11         Then we go to April 24th of 2020, which was
12     fairly recent.  Mentions managing skills -- management
13     skills such as tapping.  What is tapping?
14 A.  It was something that was suggested from Ann Muntter.
15     It's a series of tapping points on your arms, your
16     temple, your joints, and telling yourself that you are
17     okay today, and to try to help yourself get through
18     the day to get your mind off of the pain and
19     constantly worrying.
20 Q.  Okay.  Have you applied for any other jobs since
21     leaving --
22 A.  No.
23 Q.  -- Battle Creek?
24 A.  No.
25 Q.  Why not?  Why not?

Page 127

1  A.  I was discouraged after I was denied unemployment, so
2      I started my own business.  I said I will make it
3      without you, so that's when -- I work every day to try
4      to make it.
5  Q.  So is there any reason physically why you couldn't
6      apply for other jobs?
7  A.  Well, it's kind of, you know, I think in the back of
8      my mind kind of makes it tough when, you know, you
9      have a terminated on your record now, and I enjoy --
10 Q.  No, no, no.  My question is --
11 A.  -- the things that I'm doing.
12 Q.  My question is does your physical state prohibit you
13     from working anywhere else?
14 A.  I would say -- I mean I would say no.  I could try to
15     work other places.
16 Q.  Is there anything you think you couldn't do physically
17     that you would want to do, any other job that you
18     would want to apply for but for your physical
19     condition?
20 A.  As of right now, no.
21 Q.  So you haven't tried to apply for other jobs because
22     you want to do this business?
23 A.  Yes, I would like to make a go of my business.
24 Q.  Are you making any money at that?
25 A.  No, no.

Page 128

1  Q.  Then why don't you go look for a job where you will
2      make some money?
3  A.  I believe that we will turn the corner.  I would say
4      no because I would have been buying equipment.  I
5      would have been paying for training time.  I have been
6      paying for computer software.  I have invested
7      anything that I might have made back into the
8      business, so that's why I say I am not making any
9      money.
10 Q.  What have you had to purchase, computer software, what
11     else?
12 A.  Training time, training -- I mean going out of state
13     to train, getting certification, a flow bench, you
14     know, hand tools, you know, general automotive tools
15     and equipment.
16 Q.  Do you have receipts for all of those things?
17 A.  Yes, yes, actually I do.  I have turned in everything
18     to the accountants from the 2017, '18, '19 tax
19     returns.
20 Q.  And that's the -- who is the name of the accountant,
21     Champion or something?
22 A.  Yes, Champion Accounting.
23 Q.  So they would have all of your records?
24 A.  Yes.  I also gave them to Ross Chapman.
25 Q.  Did you have a bookkeeper for your business or did you